CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ZACHARY M. GLIMCHER (CABN 308053)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Zachary.Glimcher@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 25-CR-00132-HSG |
|     Plaintiff, | ) |
| | ) NOTICE OF DISMISSAL |
|   v. | ) |
| | ) |
| LUIS BRIZUELA-NAVAS, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

NOTICE OF DISMISSAL
No. CR-25-00132-HSG

v. 8/4/2021

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above indictment without prejudice against Luis Brizuela-Navas.

DATED: January 12, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
MARTHA BOERSCH
Chief, Criminal Division

/s/
ZACHARY M. GLIMCHER
Special Assistant United States Attorney

NOTICE OF DISMISSAL
No. CR-25-00132-HSG

v. 8/4/2021

**[Proposed] ORDER**

Leave is granted to the government to dismiss the indictment against Luis Brizuela-Navas, without prejudice.

Date: _____

_____
HON. HAYWOOD S. GILLIAM JR.
United States District Judge

NOTICE OF DISMISSAL
No. CR-25-00132-HSG

v. 8/4/2021