United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

           Plaintiff,

    v.

LUIS BRIZUELA-NAVAS,

           Defendant.

Case No.  25-cr-00132-HSG-1

**ORDER GRANTING LEAVE TO DISMISS INDICTMENT WITHOUT PREJUDICE**

Dkt. No. 42

The United States moves for leave to dismiss the indictment against Defendant without prejudice under Rule 48(a).  Dkt. No. 42.  Defendant opposes and seeks dismissal with prejudice. Dkt. Nos. 44, 45.

On November 26, 2025, the Court granted Defendant's motion to quash the writ of habeas corpus ad prosequendum and to enforce Magistrate Judge Westmore's prior release order.  Dkt. No. 40.  The Court ordered Defendant released from the custody of the United States Marshal that same day.  Dkt. Nos. 40, 38.  The parties agree that Defendant was then removed from the United States by immigration authorities sometime between that date and the government's filing of this motion to dismiss on January 12, 2026.  *See* Dkt. No. 44 at 4.

//

//

//

//

//

//

//

//

The Court grants the motion for leave to dismiss without prejudice in its discretion. This prosecution is over. And because Defendant has been removed from the United States, presumably no prosecution will be reinstituted unless he returns to this country (which currently would be unlawful given his recent removal). If that happens, the Court can determine whether any basis exists, under the Speedy Trial Act or otherwise, for barring a renewed prosecution if one is initiated. For now, the Court is not persuaded that Defendant's removal via immigration detention after he was released from the custody of the United States Marshal warrants the discretionary sanction of dismissal with prejudice on this record.

The Clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated:    4/2/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2